STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
SETH M. GOLDSTEIN (State Bar No. 232071)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendaring@stroock.com

Attorneys for Defendants
  THE FEDERAL HOME LOAN MORTGAGE CORPORATION
  a/k/a FREDDIE MAC, and WELLS FARGO BANK, N.A.,
  erroneously sued herein as WELLS FARGO HOME MORTGAGE,
  INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MALTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION A/K/A FREDDIE MAC, and WELLS FARGO HOME MORTGAGE, INC.<br><br>Defendants. | **Case No. 10-CV-1290 IEG BLM**<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Action Filed:  June 16, 2010<br><br>PROPOSED CLASS ACTION |

Defendants The Federal Home Loan Mortgage Corporation a/k/a Freddie Mac ("Freddie Mac") and Wells Fargo Bank, N.A. ("Wells Fargo"), erroneously sued herein as Wells Fargo Home Mortgage, Inc., (together, "Defendants") hereby answer the Class Action Complaint filed on June 16, 2010 (the "Complaint") by plaintiff Alberto Malta ("Plaintiff"), as follows:

## INTRODUCTION

1. Answering Paragraph 1 of the Complaint, Defendants admit that Plaintiff purports to assert claims against them for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA").  Except as expressly admitted, Defendants deny each and every other allegation set forth therein.  Further, Wells Fargo alleges that Wells Fargo Home Mortgage, Inc. is an operating subsidiary of Wells Fargo Bank, N.A.  For purposes of this Answer, Wells Fargo interprets "Wells Fargo Home Mortgage, Inc." to refer to Wells Fargo Bank, N.A..

## JURISDICTION AND VENUE

2. Answering Paragraph 2 of the Complaint, Defendants admit that this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d).  Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

3. Answering Paragraph 3 of the Complaint, Defendants admit that they do business within the State of California and the County of San Diego.  Defendants consent to jurisdiction and venue in this Court.  Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

## PARTIES

4. Answering Paragraph 4 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

5. Answering Paragraph 5 of the Complaint, Defendants admit that Freddie Mac is a corporation.  Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

6. Answering Paragraph 6, Defendants admit that Wells Fargo has offices at 1 Home Campus Mac X2401-049, Des Moines, IA 50238. Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

7. Answering Paragraph 7, Defendants admit that Freddie Mac has offices at 8200 Jones Branch Dr., McLean, VA 22102. Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

8. Answering Paragraph 8, Defendants deny each and every allegation set forth therein.

## FACTUAL ALLEGATIONS

9. Answering Paragraph 9 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

10. Answering Paragraph 10 of the Complaint, Defendants admit that Freddie Mac is a corporation. Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

11. Answering Paragraph 11 of the Complaint, Defendants admit they conduct business in the State of California and in the County of San Diego. Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

12. Answering Paragraph 12 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

13. Answering Paragraph 13 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

14. Answering Paragraph 14 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

1    15.    Answering Paragraph 15 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

2    16.    Answering Paragraph 16 of the Complaint, Defendants deny each and every allegation set forth therein.

3    17.    Answering Paragraph 17 of the Complaint, Defendants deny each and every allegation set forth therein.

## CLASS ACTION ALLEGATIONS

18.    Answering Paragraph 18 of the Complaint, Defendants admit that Plaintiff purports to assert claims on behalf of himself and a putative class.  Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

19.    Answering Paragraph 19 of the Complaint, Defendants deny each and every allegation set forth therein.

20.    Answering Paragraph 20 of the Complaint, Defendants deny each and every allegation set forth therein.

21.    Answering Paragraph 21 of the Complaint, Defendants deny each and every allegation set forth therein.

22.    Answering Paragraph 22 of the Complaint, Defendants admit that Plaintiff purports to seek damages and injunctive relief for recovery of economic injury.  Except as expressly admitted, Defendants deny each and every other allegation set forth therein.

23.    Answering Paragraph 23 of the Complaint, Defendants deny each and every allegation set forth therein.

24.    Answering Paragraph 24 of the Complaint, Defendants deny each and every allegation set forth therein.

25.    Answering Paragraph 25 of the Complaint, Defendants deny each and every allegation set forth therein.

1   26.   Answering Paragraph 26 of the Complaint, Defendants deny each and every allegation set forth therein.

2   27.   Answering Paragraph 27 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny each and every allegation set forth therein.

3   28.   Answering Paragraph 28 of the Complaint, Defendants deny each and every allegation set forth therein.

4   29.   Answering Paragraph 29 of the Complaint, Defendants deny each and every allegation set forth therein.

## FIRST CAUSE OF ACTION

## NEGLIGENT VIOLATIONS OF THE TCPA

30.   Answering Paragraph 30 of the Complaint, Defendants incorporate all of the preceding Paragraphs of this Answer as if fully set forth herein.

31.   Answering Paragraph 31 of the Complaint, Defendants deny each and every allegation set forth therein.

32.   Answering Paragraph 32 of the Complaint, Defendants deny each and every allegation set forth therein.

33.   Answering Paragraph 33 of the Complaint, Defendants deny each and every allegation set forth therein.

## SECOND CAUSE OF ACTION

## KNOWING AND/OR WILLFUL VIOLATIONS OF THE TCPA

34.   Answering Paragraph 34 of the Complaint, Defendants incorporate all of the preceding Paragraphs of this Answer as if fully set forth herein.

35.   Answering Paragraph 35 of the Complaint, Defendants deny each and every allegation set forth therein.

36.   Answering Paragraph 36 of the Complaint, Defendants deny each and every allegation set forth therein.

37.    Answering Paragraph 37 of the Complaint, Defendants deny each and every allegation set forth therein.

## PRAYER FOR RELIEF

Answering these unnumbered Paragraphs of the Complaint, Defendants deny each and every allegation set forth therein.  Defendants further deny any wrongdoing whatsoever, and deny that Plaintiff and/or the purported class are entitled to any relief.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, Defendants assert the following further and affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim)

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiff lacks standing to sue Defendant, and to represent any supposed class members on any claim against Defendants.

### THIRD AFFIRMATIVE DEFENSE
### (Procedural and Substantive Due Process Rights)

The imposition of statutory damages under the TCPA against Defendants would violate the Due Process provisions of the United States Constitution and/or the California State Constitution.

### FOURTH AFFIRMATIVE DEFENSE
### (Excessive Fines)

The award of statutory penalties against Defendants would violate the prohibition against excessive fines of the United States Constitution.

## FIFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Applicable statutes of limitations, including, without limitation, 28 U.S.C. § 1658, bar the claims of Plaintiff, or any persons he purports to represent.

## SIXTH AFFIRMATIVE DEFENSE

### (No Agency)

Defendants did not act as the agents of their co-defendants in connection with any of the conduct alleged in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### (Consent)

Defendants are informed and believe, and on that basis allege that Plaintiff is barred, in whole or in part, from maintaining his alleged causes of action because he consented to receive calls of the type he alleges Defendants caused to be sent to him.

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff is barred from recovery by the doctrine of laches because Plaintiff knew of the purported acts or omissions he ascribes to Defendants and was fully aware of his rights against Defendants (if any) but nevertheless inexcusably and unreasonably delayed in asserting those rights to the prejudice of Defendants.

# ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff's claims are barred in whole or in part as a result of his failure to mitigate his alleged damages, if any.

# TWELFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff is precluded from any recovery from Defendants, or any such recovery must be reduced, as a result of Plaintiff's failure to do equity in the matters alleged in the Complaint.

# THIRTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Defendants expressly reserve the right to assert such other and further affirmative defenses as may be appropriate.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, Defendants request the following relief:

(1)   That Plaintiff's Complaint be dismissed with prejudice;

(2)   That Plaintiff takes nothing by virtue of the Complaint;

(3)   That judgment be entered in Defendants' favor;

(4)   That the Court award Defendants their fees, expenses and costs to the full extent permitted by law; and

(5)   That the Court award such other relief as is just and proper under the circumstances.

Dated:  August 10, 2010

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
SETH M. GOLDSTEIN


By:   /s/ Seth M. Goldstein
          Seth M. Goldstein

Attorneys for Defendants
The Federal Home Loan Mortgage Corporation, Inc. a/k/a Freddie Mac, and Wells Fargo Bank, N.A., erroneously sued herein as Wells Fargo Home Mortgage, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2010, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

                                                  /s/ Seth M. Goldstein_____
                                                        Seth M. Goldstein