ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
THE FEDERAL HOME LOAN
MORTGAGE CORPORATION a/k/a
FREDDIE MAC, and WELLS FARGO
BANK, N.A., erroneously sued herein as
WELLS FARGO HOME MORTGAGE,
INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MALTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | Case No. 3:10-CV-1290 IEG BLM<br><br>Assigned to the Hon. Irma E. Gonzalez<br><br>Referred to: Magistrate Judge Barbara Lynn Major<br><br>**DEFENDANTS' SUBSTITUTION OF ATTORNEY**<br><br>*-PROPOSED CLASS ACTION-* |

07685/0000/842577.1

DEFENDANTS' SUBSTITUTION OF ATTORNEY
Case No. 3:10-CV-1290 IEG BLM

- 1 -

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE: Defendants THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, and WELLS FARGO BANK, N.A., erroneously sued herein as WELLS FARGO HOME MORTGAGE, INC., hereby substitute Mark D. Lonergan of the law firm of Severson & Werson, A Professional Corporation, located at One Embarcadero Center, Suite 2600, San Francisco, California 94111, Telephone (415) 398-3344, Facsimile (415) 956-0439 and Eric J. Troutman, of the same firm but at the address of 19100 Von Karman Ave., Suite 700 Irvine, CA 92612, Telephone: (949) 442-7110, Facsimile: (949) 442-7118 as their counsel of record in the above referenced action in place of Julia B. Strickland, Lisa M. Simonetti and Seth M. Goldstein of Stroock & Stroock & Lavan, at the address 2029 Century Park East, 16th Floor, Los Angeles, California 90067-3086, Telephone: 310-556-5800, Facsimile: 310-556-5959.

DATED: September 9th, 2010

WELLS FARGO BANK, N.A., erroneously sued herein as WELLS FARGO HOME MORTGAGE, INC. and THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, through its authorized agent

By _____
Shannon Gausman,

DEFENDANTS' SUBSTITUTION OF ATTORNEY
Case No. 3:10-CV-1290 IEG BLM

I HEREBY ACCEPT THIS SUBSTITUTION:

DATED: September _10_, 2010

SEVERSON & WERSON
A Professional Corporation

By:_____
Eric J. Troutman

Attorneys for Defendants THE FEDERAL
HOME LOAN MORTGAGE CORPORATION
a/k/a FREDDIE MAC, and WELLS FARGO
BANK, N.A., erroneously sued herein as
WELLS FARGO HOME MORTGAGE, INC.

I CONSENT TO THE ABOVE SUBSTITUTION:

DATED: September _10_, 2010

STROOCK & STROOCK & LAVAN LLP

By:_____
LISA M. SIMONETTI

DEFENDANTS' SUBSTITUTION OF ATTORNEY
Case No. 3:10-CV-1290 IEG BLM

- 3 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **DEFENDANTS' SUBSTITUTION OF ATTORNEY** on the interested parties in this action:

☐    by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows: ☐ address as stated on the attached mailing list.

|  |  |
|---|---|
| ☒    by serving the following electronically via the Court's CM/ECF System: | |
| Joshua Swigart, Esq.<br>HYDE AND SWIGART<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108<br>(619)233-7770<br>Fax: (619)297-1022<br>Email: josh@westcoastlitigation.com | Attorneys for Plaintiff, ALBERTO MALTA, Individually and on Behalf of All Others Similarly Situated |
| Douglas J Campion<br>LAW OFFICES OF DOUGLAS J CAMPION<br>409 Camino Del Rio South, Suite 303<br>San Diego, CA 92108-3507<br>(619)299-2091<br>Fax: (619)858-0034<br>Email: doug@djcampion.com | Attorneys for Plaintiff, ALBERTO MALTA, Individually and on Behalf of All Others Similarly Situated |

☒    **(BY ELECTRONIC SERVICE)** By filing a copy of the foregoing electronically via the Court's CM/ECF system and serving by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail by operation of the Court's electronic filing system to all parties and counsel of record listed above who are registered with the Court's EC/ECF system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

07685/0000/842975.1                                        Certificate of Service

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2010, at Irvine, California.

By:   _____

JEFF WEDDLE

- 2 -