1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
## SOUTHERN DISTRICT OF CALIFORNIA
10
11   ALBERTO MALTA, individually and on
behalf of all others similarly situated,

CASE NO. 10cv1290-BEN (NLS)

12                                    Plaintiff,

**ORDER SETTING DEADLINE TO FILE
MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND SETTING DATE
FOR ORDER TO SHOW CAUSE
HEARING**

13        vs.

14   THE FEDERAL HOME LOAN
MORTGAGE CORPORATION, et al.,

15

16                                    Defendants.

17
18        On May 4, 2012, the Court conducted a settlement disposition conference.  It is now hereby

**ORDERED**:

19
20        1.      The parties are to file a joint motion for preliminary approval of a class action

settlement on or before **June 18, 2012.**

21
22        2.      An Order to Show Cause hearing has been set for **June 21, 2012 at 10:30 a.m.**  At this

hearing, the parties will show cause why this action should not be dismissed for failure

23

to prosecute.  If the joint motion for preliminary approval of a class action settlement

24

has been timely filed, the Court will vacate this hearing.

25        **IT IS SO ORDERED.**

26
DATED:  May 4, 2012
27
                                    Hon. Nita L. Stormes
28                                    U.S. Magistrate Judge