FILED

12 JUL -3 AM 10: 23

[DISTRICT COURT stamp]

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MALTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | Case No. 10-CV-1290-BEN-NLS (Formerly 10-CV-1290-L (NLS))<br><br>**ORDER ON JOINT MOTION TO ADVANCE AND/OR VACATE HEARING DATE ON UNOPPOSED PRELIMINARY APPROVAL MOTION**<br><br>[Docket No. 40] |

Having read and considered the joint motion of the parties to advance or vacate the hearing date on the Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement in this case, and good cause appearing therefore, it is **ORDERED** as follows:

The Court finds the motion for preliminary approval (Docket No. 38) suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). The July 23, 2012 Hearing is **VACATED**.

DATED: July 2, 2012

[signature]

HON. ROGER T. BENITEZ
United States District Judge

ORDER REGARDING HEARING DATE ON
UNOPPOSED PRELIMINARY APPROVAL MOTION
Case No. 10-CV-1290-BEN-NLS