4 copies

**FILED**
APR 26 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
APR 24 2013

From:
CLAIM NO: WFA 261887
CASE NO: 10-CV-1290 BEN (NLS)
Case Name: Maita V. Wells Fargo Home Mortgage, Inc.
Plaintiff's Name: Walter Clark
Address: ~~████~~ 8843 Tomnitz Ave Unit 103
LVN. Las Vegas, ~~████~~ NV 89178
CALLED # 702-358-8135
702-646-1565
YOUR CELL # IN YOUR
Date: 4/20/13
Name: Walter Clark
6-16-06 to 11-16-11
or
12-23-06 to 11-16-11
Tele Phone # 702-752-7465

TO: U.S. District Court
Southern District of California
221 W. Broadway, San Diego, CA 92101

Settlement Administrator
Law Offices of Douglas J. Campion
409 Camino Del Rio South,
Suite 303
San Diego, Ca 92108

Dear Court / Settlement Administrator,

PLEASE TAKE NOTICE, the above-mentioned Plaintiff, Walter Clark, AGREES with the Settlement, in the above-cited case and its case number, prior to May 26, 2013.

Respectfully Submitted,

/s/ Walter Clark

CC: FILE
U.S.D.C. / S. Dist. of Ca.
Law Office of
Douglas J. Campion

1 of 1

Walter Clark # 19212114
330 S. Casino Center
Las Vegas, Nevada 89101

Clerk of
U.S. District Court -
S. District of California
221 W. Broadway, San Diego, CA
92101

9210 1897 299

LAS VEGAS NV 890
22 APR 2013 PM 4 L

FIRST-CLASS FOREVER USA


