FILED

2013 MAY -2 PM 4: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

NUNC PRO TUNC

APR 3 0 2013

April 15, 2013

To Whom It May Concern:

I am writing to identify myself as a Class Member of the Malta v. v. Wells Fargo Home Mortgage, Inc., case number No. CV 1290 BEN (NLS). I object to Wells Fargo using an automated telephone dialing to contact me at home and on my cell concerning mortgage/finance business without prior consent. My name is Kathy W. Pearson, 13630 SW 119th Ave Miami, Florida 33186 (786)553-0530.

Please contact me if you need any further information. I look forward to hearing from you.

Sincerely,

*Kathy W. Pearson*

Kathy W. Pearson



RECEIVED IN INTAKE
APR 30 2013

The U.S. District Court
Southern District of California
221 W. Broadway
San Diego, Ca 92101

Ms. Kathy Pearson
13630 SW 119th Ave
Miami, FL 33186