Robert E. Bailey
620 East 24th Street
Minneapolis, MN 55404
612-554-4766 cell, 612-353-6792 fax

13 JUN -3 AM 9: 14

DEPUTY

May 21, 2013

The ILYM Group
Wells Fargo Cell phone Settlement
P.O. Box 57087
Irvine, CA 92619

NUNC PRO TUNC

MAY 2 8 2013

Dear Sir,

I desire to participate in the class action suit against Wells Fargo. I will send a copy of this letter to the court in southern California to make sure I am sending it to the correct address.

The claim number on my post card is WFM120471. My cell number is located above in case you need to speak with me.

Thanks,

Robert Bailey



SAINT PAUL MN 550
21 MAY 2013 PM 1 L

U.S. District Court
Southern District of California
2013 W Broadway
San Diego, California
92101

RECEIVED IN INTAKE

9210 1887425

Baidgt
920 E. 24th St.
Mpls, MN.
55404