Jada Longchamp

Herard Longchamp

1550 Blossom DR

College Park, GA 30349

06/01/13

Claim ID #  WFMI 402366

(404) 579-1827

FILED

13 JUN -6 PM 1: 45

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

NUNC PRO TUNC

JUN - 4 2013

The US District Court

Southern District of California

221 W Broadway, San Diego, CA 92101

My Name is Jada Longchamp  my husband Herard Longchamp  and I wish to remain a class member  but we do object to the settlement.

We believe because of the automated harassment calls by Wells Fargo, as well as other harassment from Wells Fargo the settlement is definitely not enough. It is so horrible how the middle working class keeps being hurt by big banking companies like Wells Fargo. In return for trying to work with a company that had no intention with working with us after we lost one income our payments still remain the same as when we had two incomes .We get a very small settlement fee and I dare say again it is definitely not worth the years of harassment we have received in return for great patriotism. We put our faith and trust in this bank, we have literally gotten nothing but malice in return.  Please reconsider the very small amount originally offered in the settlement. I hope that someone will try to do the right thing by all of us who have been inflicted by this ordeal.

Thank you.

Jada Longchamp

Herard Longchamp

ClaimWFMI 402366