Michael D. Luppi
CA Bar Number: 55865
Attorney for Objector Julius Dunmore
11366 Christy Ave
Sylmar, CA 91342
(818)897-3344
girlfriwp@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MALTA, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC; WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 3:10-CV-1290 BEN (NLS)<br><br>**NOTICE OF FILING MOTION TO QUASH SUBPOENA IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION** |

Objector, Julius Dunmore (hereinafter Objector Dunmore), by and through his undersigned counsel, hereby provides notice of filing Motion to Quash Subpoena in the United States District Court for the Northern District of Florida, Gainesville Division. (Attached hereto as Exhibit A). On June 12, 2013, without Court order, counsel for Plaintiff in the above-styled action served a subpoena upon Objector Dunmore to appear for deposition and produce documents on June 18, 2013. Objector Dunmore has filed the above-referenced Motion to Quash Subpoena as it does not comply with the requirements of Federal Rule of Civil Procedure 45.

1 DATED this 14th day of June 2013.

Respectfully submitted,

/s/ Michael D. Luppi

Michael D. Luppi
CA Bar Number: 55865
Attorney for Objector Julius Dunmore
11366 Christy Ave
Sylmar, CA 91342
(818)897-3344
girlfriwp@aol.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th of June, 2013, the foregoing was filed with the Clerk of the Court and that all parties will be electronically served by the CM/ECF system.

/s/ Michael D. Luppi

Michael D. Luppi