1  DAVID P. HALL (SBN: 196891)
   DEL MAR LAW GROUP, LLP
2  2002 Jimmy Durante Blvd., Suite 100
   Del Mar, CA  92014
3  Telephone: (858) 793-6244
   Facsimile: (858) 793-6005
4
   Attorneys for Objector:  Julius Dunmore

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MALTA, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a/ FREDDIE MAC, and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | CASE NO: 10-CV-1290 BEN (NLS)<br><br>NOTICE OF ASSOCIATION OF COUNSEL<br><br><br><br>Ctrm.:         3<br>Hon. Roger T. Benitez |

   PLEASE TAKE NOTICE THAT Objector Julius Dunmore hereby associates the following counsel on his behalf:

David P. Hall
DEL MAR LAW GROUP, LLP
2002 Jimmy Durante Blvd., Suite 100
Del Mar, CA  92014
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Dated:  June 19, 2013                    DEL MAR LAW GROUP, LLP


                                         by      /s    David P. Hall
                                         DAVID P. HALL
                                         Attorneys for Objector:
                                         Julius Dunmore

-1-

**CERTIFICATE OF SERVICE**

At the time of service, I was over the age of 18 years and not a party to this action.  I am employment in the County of San Diego, State of California.  My business address is 2002 Jimmy Durante Blvd., Suite 100, Del Mar, CA  92014.

On June 19, 2013, I served a true copy of the following document: NOTICE OF ASSOCIATION OF COUNSEL on interested parties in this action as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

> Douglas Campion
> doug@djcampion.com
>
> Abbas Kazerounian
> ak@kazlg.com
>
> Joshua Swigart
> josh@westcoastlitigation.com
>
> Eric J. Troutman
> ejt@severson.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 19, 2013                             /s     David P. Hall
                                                                DAVID P. HALL

-1-

10-CV-1290 BEN (NLS)