1  Michael D. Luppi
   CA Bar Number: 55865
2  Attorney for Objector Dunmore
   11366 Christy Ave
3  Sylmar, CA 91342
   (818)897-3344
4  girlfriwp@aol.com
5

6
                    UNITED STATES DISTRICT COURT
7
                   SOUTHERN DISTRICT OF CALIFORNIA
8

9

10 | **ALBERTO MALTA, ON BEHALF**            Case No. 10-CV-1290-BEN (NLS)
   | **OF HIMSELF AND ALL OTHERS**
11 | **SIMILARLY SITUATED,**

12 |            **PLAINTIFFS,**

13 | V.                                       NOTICE OF APPEAL

14 |
   | **THE FEDERAL HOME LOAN**
15 | **MORTGAGE CORPORATION**
   | **A/K/A FREDDIE MAC; AND**
16 | **WELLS FARGO HOME**
   | **MORTGAGE, INC.,**
17 |
   |            **DEFENDANTS**
18 |

19

20       Class member/objector Julius Dunmore ("Objector") hereby appeals to the
21
   United States Court of Appeals for the Ninth Circuit from the following orders of
22
   the trial court:
23

24
   1. June 21, 2013 Final Judgment and Order of Dismissal with Prejudice
25
      (Document 91);
26

27

28
                                    1

2. June 21, 2013 Order on Motion for Attorney's Fees and Costs and Service Award to the Named Plaintiff (Document 92).

3. June 27, 2013 Modification to Final Judgement and Order of Dismissal with Prejudice (Document 96)

DATED this 8th day of July, 2013.

Respectfully submitted,

/s/ Michael D. Luppi
Michael D. Luppi
CA Bar Number: 55865
Attorney for Objector Dunmore
11366 Christy Ave
Sylmar, CA 91342
(818)897-3344
girlfriwp@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th of July, 2013, the foregoing was filed with the Clerk of the Court and that all parties will be electronically served by the CM/ECF system.

/s/ Michael D. Luppi
Michael D. Luppi