Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Abbas Kazerounian Esq. (SBN: 249203)
**Kazerouni Law Group, APC**
ak@kazlg.com
2700 N. Main Street, Suite 1000
Santa Ana, CA 92705
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

[Additional Attorneys Listed on Signature Page]

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO MALTA, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>                    **PLAINTIFFS,**<br><br>V.<br><br>**THE FEDERAL HOME LOAN MORTGAGE CORPORATION A/K/A FREDDIE MAC, AND WELLS FARGO HOME MORTGAGE, INC.,**<br><br>                    **DEFENDANTS.** | Case No: 10-CV-1290-BEN-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR APPEAL BOND**<br><br>**Date:         August 19, 2013**<br>**Time:         10:30 a.m.**<br>**Courtroom:    5A**<br><br>**Judge: Hon. Roger T. Benitez** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 19, 2013 at 10:30 a.m. at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Roger T. Benitez, Courtroom 5A, Plaintiffs will move the Court to order Objector Julius Dunmore to post an appeal bond.

                                              Respectfully submitted,

Date: July 12, 2013                    **HYDE & SWIGART**

                                         By: /s/ Joshua B. Swigart
                                             Joshua B. Swigart
                                             Attorneys for Plaintiffs

Date: July 12, 2013                    **KAZEROUNI LAW GROUP, APC**

                                         By: /s/ Abbas Kazerounian
                                             Abbas Kazerounian
                                             Attorneys for Plaintiffs

Date: July 12, 2013                    **LAW OFFICES OF DOUGLAS J. CAMPION**

                                         By: /s/ Douglas J. Campion
                                             Douglas J. Campion
                                             Attorneys for Plaintiffs

**LAW OFFICES OF DOUGLAS J. CAMPION**
Douglas J. Campion, Esq., (SBN: 75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034