Timothy R. Hanigan (Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

Attorneys for Objector/Appellant
Gordon Morgan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MALTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, WELLS FARGO HOME MORTGAGE, INC.<br><br>*Defendants*. | Case No. 3:10-cv-01290-BEN-NLS<br><br>Judge: Hon. Roger T. Benitez<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that class member Gordon Morgan appeals to the United States Court of Appeal for the Ninth Circuit from the Final Judgment and Order of Dismissal with Prejudice (Dkt. No. 91) entered in this action on June 21, 2013, Order on Motion for Attorneys' Fees and Costs and Service Award to the Named Plaintiff (Dkt. No. 92), and Order Granting Motion for Modification to Final Judgment and Order of Dismissal with Prejudice (Dkt. No. 96), and from all opinions and orders that merge therein. Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this

1

NOTICE OF APPEAL

objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: July 18, 2013                    Respectfully submitted,

By:    /s/ Timothy R. Hanigan
Timothy R. Hanigan (Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

*Attorneys for Objector/Appellant*
*Gordon Morgan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th of July 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of July 2013, at Woodland Hills, CA.


    /s/ Timothy R. Hanigan
Timothy R. Hanigan