**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO MALTA, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**THE FEDERAL HOME LOAN MORTGAGE CORPORATION A/K/A FREDDIE MAC, AND WELLS FARGO HOME MORTGAGE, INC.,**<br><br>DEFENDANTS. | **Case No: 10-CV-1290-BEN-NLS**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PERMISSION TO DEPOSE JULIUS N. DUNMORE, JR. AND GORDON B. MORGAN, AND SEEK DOCUMENTS FROM JULIUS N. DUNMORE, JR., GORDON B. MORGAN, N. ALBERT BACHARACH, AND TIMOTHY R. HANIGAN**<br><br>**Date**: August 19, 2013<br>**Time**: 10:30 a.m.<br>**Crtrm**: 5A<br>**Judge**: Hon. Roger T. Benitez<br><br>**Oral Argument Requested** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 19, 2013, at 10:30 a.m., at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Roger T. Benitez, Courtroom 5A, Plaintiffs will move the Court for permission to depose Julius N. Dunmore, Jr. and Gordon B. Morgan, and seek documents from Julius N. Dunmore, Jr. and his attorney N. Albert Bacharach, and Gordon B. Morgan and his attorney Timothy R. Hanigan, pursuant to Fed. R. Civ. P. 30(a)(1). Class Counsel request oral argument at to this motion.

Respectfully submitted,

Date: July 22, 2013            **KAZEROUNI LAW GROUP, APC**

By:__/s Abbas Kazerounian_____
    Abbas Kazerounian
    Attorneys for Plaintiffs

**HYDE & SWIGART**

Date: July 22, 2012            By:__/s Joshua B. Swigart_____
    Joshua B. Swigart
    Attorneys for Plaintiffs

HYDE & SWIGART
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

///

///

///

|   |   |
|---|---|
| Date: July 22, 2013 | **LAW OFFICES OF DOUGLAS J. CAMPION**<br><br>By: /s Douglas J. Campion<br>    Douglas J. Campion<br>    Attorneys for Plaintiffs |

LAW OFFICES OF DOUGLAS J. CAMPION
Douglas J. Campion, Esq. (SBN: 75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

**Kazerouni Law Group, APC**
Santa Ana, California