**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO MALTA, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**THE FEDERAL HOME LOAN MORTGAGE CORPORATION A/K/A FREDDIE MAC, AND WELLS FARGO HOME MORTGAGE, INC.,**<br><br>DEFENDANTS. | **Case No: 10-CV-1290-BEN-NLS**<br><br><u>**CLASS ACTION**</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPEAL BOND RE GORDON B. MORGAN**<br><br>**Date**:   August 19, 2013<br>**Time**:   10:30 a.m.<br>**Crtrm**: 5A<br>**Judge**: Hon. Roger T. Benitez |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 19, 2013 at 10:30 a.m. at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Roger T. Benitez, Courtroom 5A, Plaintiffs will move the Court to order Objector Gordon B. Morgan to post an appeal bond.

Respectfully submitted,

Date: July 23, 2013        **KAZEROUNI LAW GROUP, APC**

By:\_\_/s Abbas Kazerounian_____
    Abbas Kazerounian
    Attorneys for Plaintiffs

**HYDE & SWIGART**

Date: July 23, 2012        By:\_\_/s Joshua B. Swigart_____
    Joshua B. Swigart
    Attorneys for Plaintiffs

**LAW OFFICES OF DOUGLAS J. CAMPION**

Date: July 23, 2013        By:\_/s Douglas J. Campion_____
    Douglas J. Campion
    Attorneys for Plaintiffs

LAW OFFICES OF DOUGLAS J. CAMPION
Douglas J. Campion, Esq. (SBN: 75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

PLS.' NOTICE OF MTN. AND MTN. FOR APPEAL
BOND RE GORDON B. MORGAN         1         CASE NO.: 10-CV-1290-BEN-NLS