

FILED

SEP 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTO MALTA and DANNY ALLEN, Jr., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs - Appellees,<br><br>GORDON B. MORGAN,<br><br>      Objector - Appellant,<br><br> v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AKA Freddie Mac; et al.,<br><br>      Defendants - Appellees. | No. 13-56269<br><br>D.C. No. 3:10-cv-01290-BEN-NLS<br>Southern District of California, San Diego<br><br><br>ORDER |

    The appellant's motion for voluntary dismissal of the case under Fed. R. App. P. 42(b) is granted.

    A copy of this order sent to the district court shall act as and for the mandate of this court.

                              For the Court:

                              MOLLY C. DWYER
                              Clerk of the Court:

                              Cathie A. Gottlieb
                              Deputy Clerk
                              Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                  and Ninth Circuit 27-10

Cag/09.09.13/Pro Mo