

**FILED**

**SEP 13 2013**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTO MALTA; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>JULIUS DUNMORE,<br><br>      Objector - Appellant,<br><br> V.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AKA Freddie Mac; et al.,<br><br>      Defendants - Appellees. | No. 13-56191<br><br>D.C. No. 3:10-cv-01290-BEN-NLS<br>Southern District of California, San Diego<br><br><br>ORDER |

Appellant's motion for voluntary dismissal of this case with prejudice is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this shall act as and for the mandate of this court.

Appellant is reminded that this court does not address the issue of costs unless it is so stipulated in writing by both parties.

Lking/9/9.9.13/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit Rule 27-10

Lking/9/9.9.13/Pro Mo